B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of New Mexico

In re  Otero County Hospital Association, Inc.  ,  )  Case No. 11-11-____-A
          Debtor                                  )
                                                   )
                                                   )  Chapter 11

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  N/A  .

2. The following financial data is the latest available information and refers to the debtor's condition on June 30, 2011.

   a. Total assets                                          $    153,760,183.00
   b. Total debts (including debts listed in 2.c., below)   $     57,058,766.00

   c. Debt securities held by more than 500 holders:  N/A                         Approximate number of holders:

   | | | | | |
   |---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ _____ | _____ |

   d. Number of shares of preferred stock                          0         N/A
   e. Number of shares common stock                                0         N/A

   Comments, if any:
   The Debtor is a non-stock corporation. Included in the Debtor's total debts are all of its obligations pursuant to a lease agreement with the city of Alamogordo, New Mexico (the "City"), which obligations are equal in amount to the City's obligations under certain agreements related to municipal bonds issued in 2007 for the purposes of (a) refinancing the Debtor's long-term debt obligations; and (b) expanding the Debtor's facilities. Excluded are unliquidated, contingent, and disputed liabilities, including those alleged in certain lawsuits filed against the Debtor. All assets and liabilities are listed at book value. Because of the Debtor's unique circumstances, market values may differ significantly.

3. Brief description of debtor's business:
   Operation of non-profit acute care hospital in Alamogordo, New Mexico.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:  _____
   N/A