# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re

OTERO COUNTY HOSPITAL ASSOCIATION, INC. (d/b/a Gerald Champion Regional Medical Center),

Debtor.

No. 11-11-13686-___A

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

The following list sets forth the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, the child's initials and the name and address of the child's parent or guardian are provided, such as "A.B., a minor child, by John Doe, guardian." *See* 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number, fax number or email address, and complete mailing address, including zip code (if different than column (1)), of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, gov't contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1. City of Alamogordo, New Mexico, P.O. Box 2978, Alamogordo, NM 88310 | Mark Roath, 575-439-4200 (p), mroath@ci.alamogordo nm.us | Unexpired real property lease | | $36,748,750 |
| 2. EmCare, 7032 Collection Center Drive, Chicago, IL 60693 | Byron Scott, 214-712-2064 (p), byron.scott@emcare.com | Services | | $500,000 (estimated) |
| 3. Cerner, P.O. Box 412702, Kansas City, MO 64141-2732 | Hillary Biskner, 816-500-0111 (p), Hillary.Biskner@cerner.com | Software/ services | | $342,345 |
| 4. Cardinal Health Pharm., File #57130, P.O. Box 57130, Los Angeles, CA 90071-57130 | Burton Bracken, 832-483-7983 (p), burton.bracken@cardinalhealth.com | Supplies | | $240,332 |
| 5. Cardinal Health Allegiance, P.O. Box 730112, Dallas, TX 75373-0112 | Burton Bracken, 832-483-7983 (p), burton.bracken@cardinalhealth.com | Supplies | | $181,106 |
| 6. Universal Hospital Services, SDS-12-0940, P.O. Box 86, Minneapolis, MN 55486 | Loretta House, 505-338-1983 (p), lahouse@uhs.com | Supplies | | $128,251 |
| 7. PNM Electric, P.O. Box 17970, Denver, CO 80217-0970 | Steve Otero, 505-241-2521 (p), steve.otero@pnm.com | Utility | | $103,724 |
| 8. Airgas, P.O. Box 676031, Dallas, TX 75267-6031 | Don West, 5050-884-1040 (p), don.west@airgas.com | Supplies | | $90,547 |
| 9. Energy Control, Inc., 2600 American Road SE, Suite 360, Rio Rancho, NM 87124 | Jennifer Fanning, 505-890-2888 (p), Jennifer fanning@energyctrl.com | Equipment | | $60,145 |
| 10. Milestone Healthcare, 440 Benmar, Suite 1150, Houston, TX 77060 | Carol Daubner, 281-272-9027 (p), cdaubner@milestonehealth.com | Services | | $56,904 |
| 11. Stryker Orthopaedics, P.O. Box 93213, Chicago, IL 60673 | Mike Paccini, 201-831-5788 (p), 201-831-6567 (f) | Supplies | | $45,689 |
| 12. Gulf Coast Pharm/Accord, 995A North Halstead Road, Ocean Springs, MS 39564 | Account Manager, 888-299-1405 (p), 800-959-1257 (f) | Supplies | | $43,178 |

| | | | | | |
|---|---|---|---|---|---|
| 13. | 3M Health Information, 575 West Murray Boulevard, Murray, UT 84123 | Annie Tse, 801-265-4452 (p), atse@mmm.com | Software/ Supplies | | $41,910 |
| 14. | Medline Industries Inc., Dept. 1080, P.O. Box 121080, Dallas, TX 75312-1080 | Marie Sourtas, 800-388-2147 x4749 (p), msourtas@medline.com | Supplies | | $30,467 |
| 15. | Diamond Healthcare, P.O. Box 85050, Richmond, VA 23285-5050 | Sharon Dajon, 804-649-9340 (p), sdajon@diamondhealth.com | Services | | $30,000 (estimated) |
| 16. | E-Pharm Pro, 601 Upland Avenue, Suite 223, Brookhaven, PA 19015 | Mark Steltz, 866-507-4115 (p), 484-361-6705 (f) | Services | | $23,000 |
| 17. | ASD Healthcare, P.O. Box 848104, Dallas, TX 75284-8104 | Shelly Combs, 800-746-6273 (p), shelly.combs@asdhealthcare.com | Supplies | | $22,627 |
| 18. | Cardinal Health NPS, Nuclear Pharm Serv. P.O. Box 70609, Chicago, IL 60673-0609 | Burton Bracken, 832-483-7983 (p), burton.bracken@cardinalhealth.com | Supplies | | $18,202 |
| 19. | Bio-met Sports Med, 75 Remittance Drive, Suite 3283, Chicago, IL 60675-3283 | Jeffrey Binder, 574-267-6639 (p), 574-267-8137 (f) | Supplies | | $16,453 |
| 20. | Claims of plaintiffs identified on Exhibit A, attached hereto. | Victor F. Poulos, Volk, Poulos & Coates, LLP, 915-760-5151 (p), 915-760-5252 (f), victor@vpclaw.com; Volk Poulos & Coates, LLP, 5915 Silver Springs Drive, Building 1, El Paso, TX 79912 | Tort | Contingent, unliquidated, and disputed | Unknown |

**EXHIBIT A TO LIST OF DEBTORS 20 LARGEST UNSECURED CREDITORS**

| No. | PLAINTIFF(S) | COURT OF ORIGINAL FILING | ORIGINAL CASE NO. |
|---|---|---|---|
| 1. | LAURIE K. BAKER and RONALD BAKER | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-800 |
| 2. | PHILLIS BARNETT | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-801 |
| 3. | ANN BERRY | IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO | 11 CV-00514-LAM-CG |
| 4. | JAMES BOREN | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-803 |
| 5. | DAVID L. BURTON and HELEN BURTON | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-467 |
| 6. | EDNA O. CHAVEZ and JOHN I. CHAVEZ | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-524 |
| 7. | STEVEN CHAVEZ | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-578 |
| 8. | TONY S. CHAVEZ AND RITA CHAVEZ | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-804 |
| 9. | MARIA NORA COYAZO | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-565 |
| 10. | JAMES CROSS and WANDA CROSS | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-502 |
| 11. | MARJORIE CURTIS | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-484 |
| 12. | LAVINE M. DURDEN | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-802 |

**EXHIBIT A TO LIST OF DEBTORS 20 LARGEST UNSECURED CREDITORS**

| No. | PLAINTIFF(S) | COURT OF ORIGINAL FILING | ORIGINAL CASE NO. |
|---|---|---|---|
| 13. | DALE FOX and PHYLLIS FOX | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-671 |
| 14. | DARRELL GILMORE and SUSAN GILMORE | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-483 |
| 15. | FRANK M. GUERRERO | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-827 |
| 16. | KENT GWYNNE and ELIZABETH GWYNNE | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-646 |
| 17. | MELA HERRERA and JAKE HERRERA | STATE OF NEW MEXICO COUNTY OF LINCOLN TWELFTH JUDICIAL DISTRICT COURT | CV-2010-149 |
| 18. | LINDA HOEFLER and VICTOR WILKERSON | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-357 |
| 19. | PAUL A. HOUSTON | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-825 |
| 20. | SHIRLEY HUEBERT | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-726 |
| 21. | IVAN S. JACKSON | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-829 |
| 22. | NANCY L. JONSSON | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-824 |
| 23. | ANNABELLE LINDLEY and JEARL LINDLEY, M.D. | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-683 |
| 24. | CECIL LUNCEFORD and GAYLE LUNCEFORD | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-805 |

**EXHIBIT A TO LIST OF DEBTORS 20 LARGEST UNSECURED CREDITORS**

| No. | PLAINTIFF(S) | COURT OF ORIGINAL FILING | ORIGINAL CASE NO. |
|---|---|---|---|
| 25. | GAYLE LUNCEFORD AND CECIL LUNCEFORD | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-635 |
| 26. | MELISSA MACKECHNIE | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-520 |
| 27. | GILBERT C. MARQUEZ and MARIE MARQUEZ | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-849 |
| 28. | MANUEL MARTINEZ and DARLENE MARTINEZ | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-884 |
| 29. | WILEY MUNSEY and ANN MUNSEY | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-686 |
| 30. | JOHN F. O'BYRNE and LAVERNE O'BYRNE | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-685 |
| 31. | BARBARA A. PACE and JAMES PACE | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-882 |
| 32. | MARY M. QUAPPE and DAVID QUAPPE | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-880 |
| 33. | WILLIAM J. ROGERS | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-682 |
| 34. | PATRICIA E. RUE and GARY T. RUE | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-848 |
| 35. | CHRYSTAL L. SAULS | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-888 |
| 36. | SUSAN SCHWARZENEGGER | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-577 |

A-3

**EXHIBIT A TO LIST OF DEBTORS 20 LARGEST UNSECURED CREDITORS**

| No. | PLAINTIFF(S) | COURT OF ORIGINAL FILING | ORIGINAL CASE NO. |
|---|---|---|---|
| 37. | JAMES SILVA | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-641 |
| 38. | PHILLIP R. SIMMONS | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-890 |
| 39. | DESIREE A. SMITH and HENRY SMITH | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-874 |
| 40. | MARK A. STEWART | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-873 |
| 41. | THOMAS T. SULLIVAN and PAT SULLIVAN | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-846 |
| 42. | KATHY J. SWOPE and JIMMY L. SWOPE | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-519 |
| 43. | ALICE TOMPKINS | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-876 |
| 44. | VAL L. TURNBULL, JR. and CAREL TURNBULL | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-875 |
| 45. | DAVID WARDEN | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-481 |
| 46. | RONALD WHITELEY and MARILYN WHITELEY | STATE OF NEW MEXICO COUNTY OF OTERO TWELFTH JUDICIAL DISTRICT COURT | CV-2010-523 |