## Exhibit A

| Company | Policy Period | Types of Coverage | Annual Policy Premiums |
|---|---|---|---|
| **Policies Under Premium Financing Agreement** | | | |
| Darwin Select Insurance Company | 4/9/2011-4/9/2012 | Hospital Professional/ General/ Umbrella | $1,991,314.77 |
| | *Total Premiums Financed* | | $1,991,314.77 |
| **Additional Policies Not Subject to Premium Financing Agreement** | | | |
| American Hallmark Insurance Company of Texas | 4/10/2011-4/10/2012 | Auxiliary General Liability | $1,558.00 |
| Anthem Life Insurance Company | 11/1/2010-11/1/2011 | Life and AD&D for Employees | $64,265.00 |
| Blue Cross Blue Shield of New Mexico, A Division of Health-care Services Corp., A Mutual Legal Reserve Company | 5/1/2011-4/30/2012 | Employee Health Insurance | $5,194,180.00 |
| CNA | 8/1/2011-8/1/2012 | Automobile | $3,461.00 |
| CNA | 7/19/2010-10/1/2011 | Builder's Risk – Fairgrounds Road Expansion | $1,500.00 |
| CNA | 7/19/2010-8/19/2011 | Builder's Risk- Tower Construction Project | $16,607.00 |
| CNA | 10/29/2010-10/29/2011 | Property and Flood/ Boiler Machinery & Business Interruption | $85,825.00 |
| National Union Fire Insurance Company of Pittsburgh, PA. | 8/6/2011-8/6/2012 | Directors' and Officers' Liability | $40,348.00 |
| Fidelity National Insurance | 10/31/2010-10/31/2011 | Flood | $40,344.00 |
| Lincoln National Life Insurance Company | 8/1/2011-7/31/2012 | Long Term Disability (Reserve) | $113,022.00 |

| | | | |
|---|---|---|---|
| New Mexico Hospital Workers' Comp Group | 1/1/2011-1/1/2012 | Workers' Compensation (Estimate) | $443,890.00 |
| Ohio Casualty Bond | 8/28/2010-8/28/2011 | Crime Protection | $6,150.00 |
| Ohio Casualty Group | 1/1/2011-1/1/2014 | Dishonesty Bond for Pension Plan | $449.00 |
| Western Surety Company | 4/10/2011-4/09/2012 | NM Blanket Notary Errors and Omissions | $364.00 |
| | | *Total Premiums Not Financed* | **$6,011,963.00** |