**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**In Re:**

**OTERO COUNTY HOSPITAL ASSOCIATION, INC.,**
**d/b/a Gerald Champion Regional Medical Center**
      **Debtor(s).**                        **No. 11-13686-j11**

**APPOINTMENT OF A COMMITTEE OF**
**UNSECURED CREDITORS IN A CHAPTER 11 CASE**

The following persons, selected from unsecured creditors who are willing to serve,

are hereby appointed to the committee of unsecured creditors pursuant to 11 U.S.C. §1102(a):

EMCARE, Inc.
Attn: Ashley Bracken, Jr., Esquire
6200 S. Syracuse Way, Suite 200
Greenwood Village, CO 80111
(303) 495-1246
(303) 495-1288 (facsimile)
ashley.bracken@emsc.net

Energy Control, Inc.
Attn: Kurt Fetters
2600 American Road, SE
Suite 360
Rio Rancho, NM 87124
(505) 890-2888
(505) 890-1790 (facsimile)
kurt.fetters@energyctrl.com

Universal Hospital Services, Inc.
Steven P. Marietti
7700 France Avenue S.
Suite 275
Edina MN 55435
(952) 826-7746
(952) 607-3101 (facsimile)
spmarietti@uhs.com

Milestone Healthcare, Inc.
Attn: Roger T. Jenkins
2435 N. Central Expy, Suite 1420
Richardson TX 75080
(972) 813-4001
(972) 813-1102 (facsimile)
rjenkins@milestonehealth.com

Cardinal Health
Attn: Phelton Woods
7000 Cardinal Place
Dublin OH 43017
(614) 553-3289
(614) 553-6355 (facsimile)


RICHARD WIELAND
United States Trustee

 /s/ *electronically submitted September 1, 2011*
ALICE NYSTEL PAGE
Assistant U.S. Trustee
Office of the U. S. Trustee
P. O. Box 608
Albuquerque, NM 87103
(505) 248-6550

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that the above pleading was filed electronically on September 1, 2011.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, including the following parties.   Parties may access this filing through the Court's system.   I additionally certify that I mailed a copy of the foregoing to the below mentioned attorneys for Debtor In Possession, attorneys for committee members above and to the above mentioned members of the Unsecured Creditors Committee on September 1, 2011:

Craig H. Averch White & Case, LLP
Attorney for Debtor In Possession
633 West Fifth Street Suite 1900
Los Angeles, CA 90071
213-620-7704
Fax : 213-452-2329
Email: caverch@whitecase.com

John D Wheeler John D. Wheeler & Associates, PC
Attorney for Debtor In Possession
500 East 10th Street Suite 305
Alamogordo, NM 88310
575-437-5750
Fax : 575-437-3557
Email: jdw@jdw-law.com

Scott Zuber, Esquire
Attorney for Cardinal Health
Day Pitney, LP
One Jefferson Road
Parsippany NJ 07054-2891

Greenberg Traurig, LLP
Mugdha S. Kelkar, Esquire
Attorney for EmCare
2200 Ross Avenue
Suite 5200
Dallas TX 75201
(214) 665-3685
(214) 665-5985 (Facsmile)
keldarm@gtlaw.com

 /s/ electronically submitted
ALICE NYSTEL PAGE
Trial Attorney