Deirdre B. Ruckman (21196500)
Holland N. O'Neil (14864700)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
druckman@gardere.com
honeil@gardere.com

*Proposed Counsel For Official Committee of Unsecured Creditors*

# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| **IN RE:** § | |
| § | **CASE NO. 11-13686-JA** |
| **OTERO COUNTY HOSPITAL** § | |
| **ASSOCIATION, INC. (d/b/a Gerald** § | |
| **Champion Regional Medical Center),** § | |
| § | |
| **Debtor.** § | |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that the undersigned and the firm of Gardere Wynne Sewell LLP appear in this matter as counsel for the Unsecured Creditor's Committee ("Committee"), and requests, pursuant to Rules 2002, 3017, and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon them at the following address:

> Deirdre B. Ruckman
> Holland N. O'Neil
> Gardere Wynne Sewell LLP
> 1601 Elm Street, Suite 3000
> Dallas, Texas 75201
> Telephone: 214-999-4250
> Facsimile: 214-999-3250
> druckman@gardere.com
> honeil@gardere.com

Please take further notice that the foregoing request includes notices and papers referred

to in the Federal Rules of Bankruptcy Procedure and includes, without limitation, any plans of reorganization, objections, notices of hearings, orders, pleadings, motions, applications, complaints, demands, requests, petitions, disclosure statements, memoranda, briefs and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, or telex.

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of the rights of the Committee's (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, setoffs, or recoupments to which the Committee is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: September 7, 2011

Respectfully submitted,

**GARDERE WYNNE SEWELL LLP**

*/s/ Deirdre B.Ruckman*
Deirdre B. Ruckman (#21196500)
Holland N. O'Neil (14864700)
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: 214-999-4250
Facsimile: 214-999-3250
druckman@gardere.com
honeil@gardere.com

PROPOSED COUNSEL FOR UNSECURED CREDITOR'S COMMITTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance and Request for Service of Papers was served electronically by the Court's PACER system to all parties requesting notice on September 7, 2011.

                                              */s/ Deirdre B. Ruckman*
                                              Deirdre B. Ruckman