IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

| In re: | § | |
|---|---|---|
| | § | |
| **OTERO COUNTY HOSPITAL ASSOCIATION, INC. (d/b/a Gerald Champion Regional Medical Center, d/b/a Mountain View Catering),** | § § § § § | **CASE NO. 11-13686-JA** Re: Docket No. 112 |
| | § | |
| **Debtor.** | § | |

**ORDER APPROVING THE FIRST AND FINAL FEE APPLICATION OF JAMES MORELL OF JCM ADVISORS, LLC AS HEALTHCARE MANAGEMENT CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon the *First and Final Fee Application of James Morell of JCM Advisors, LLC as Healthcare Management Consultant to The Official Committee of Unsecured Creditors* (the "**Application**") [Docket No. 624] filed by JCM Advisors, LLC ("**JCMA**") for the period from December 9, 2011 to May 31, 2012 (the "**Application Period**"); the Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; the Court finds that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); the Court finds that JCMA has shown good, sufficient, and sound business purpose and justification for the relief requested in the Application; the Court finds that the relief requested in the Application is in the best interests of the Debtors, their estates and the creditors thereof; the Court finds that the amounts requested in the Application are reasonable for actual and necessary services rendered and expenses incurred by JCMA; the Court finds that proper and adequate notice of the Application and the hearing thereon has been given and that no other or further notice is necessary; the Court finds that the objection of the Tort Claimants to the Application has been satisfied and JCMA will reduce its fees by 12%; and the Court finds that upon the record herein after due deliberation thereon good

**ORDER APPROVING THE FIRST AND FINAL FEE APPLICATION OF JAMES MORELL OF JCM ADVISORS, LLC AS HEALTHCARE MANAGEMENT CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS — PAGE 1 OF 4**

DALLAS 2337232v.2

Case 11-13686-j11    Doc 731    Filed 08/21/12    Entered 08/21/12 15:32:41 Page 1 of 4

and sufficient cause exists for granting the relief requested.

Accordingly, it is **ORDERED** that:

The Application is **GRANTED** to the extent set forth herein.

JCMA is allowed on a final basis requested professional fees in the amount of **$76,934.00**[1] incurred during the Application Period.

JCMA is allowed on a final basis requested expenses in the amount of **$829.90** incurred during the Application Period.

The Debtors are instructed to promptly pay to JCMA any unpaid portions of the allowed fees and expenses, which total **$77,763.90**.

This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

_____
The Honorable Robert H. Jacobvitz
United States Bankruptcy Judge

Entered on docket: 8/21/2012

DATED: August 15, 2012

Proposed and Agreed By:

*Deirdre B. Ruckman*
Deirdre B. Ruckman (TX 21196500)
(admitted *pro hac vice*)
Holland N. O'Neil (TX 14864700)
(admitted *pro hac vice*)
**GARDERE WYNNE SEWELL, LLP**
1601 Elm Street, Suite 3000
Dallas, Texas 75201-4761

---

[1] This amount includes a 12% reduction of fees in the amount of $10,491.00.

**ORDER APPROVING THE FIRST AND FINAL FEE APPLICATION OF JAMES MORELL OF JCM ADVISORS, LLC AS HEALTHCARE MANAGEMENT CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS — PAGE 2 OF 4**

DALLAS 2337232v.2

Telephone: 214.999.3000
Facsimile: 214.999-4667
druckman@gardere.com
honeil@gardere.com
**COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS**

**ORDER APPROVING THE FIRST AND FINAL FEE APPLICATION OF JAMES MORELL OF JCM
ADVISORS, LLC AS HEALTHCARE MANAGEMENT CONSULTANT TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS — PAGE 3 OF 4**

**DALLAS 2337232v.2**

and

*/s/ Alice N. Page*
Alice Nystel Page
PO Box 608
Albuquerque, NM 87103-0608
505-248-6547
Email: Alice.N.Page@usdoj.gov
**UNITED STATES TRUSTEE, REGION 20**

and

*/s/ Bernard R. Given II*
Bernard R. Given II
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Tel: 310-282-2000
Fax: 310-282-2200
bgiven@loeb.com
**ATTORNEY FOR TORT CLAIMANTS**

and

*/s/ Craig H. Averch*
Craig H. Averch
(admitted pro hac vice)
Roberto J. Kampfner
(admitted pro hac vice)
633 West Fifth Street, Suite 1900
Los Angeles, California 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
caverch@whitecase.com
rkampfner@whitecase.com

—and—

John D. Wheeler
New Mexico State Bar No. 7662
JOHN D. WHEELER & ASSOCIATES, PC
500 East Tenth Street, Suite 305
Alamogordo, New Mexico 88310
Telephone: (575) 437-5750
Facsimile: (575) 437-3557
jdw@jdw-law.com
**ATTORNEYS FOR THE DEBTOR IN POSSESSION**

**ORDER APPROVING THE FIRST AND FINAL FEE APPLICATION OF JAMES MORELL OF JCM ADVISORS, LLC AS HEALTHCARE MANAGEMENT CONSULTANT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS — PAGE 4 OF 4**

DALLAS 2337232v.2

Case 11-13686-j11    Doc 731    Filed 08/21/12    Entered 08/21/12 15:32:41    Page 4 of 4